Magistrate Judge Clerks ▸ Passports & IDs: REICHE, ELLEN BRENNAN

| | |
|---|---|
| Office | Seattle |
| Defendant Name | REICHE, ELLEN BRENNAN |
| Received From | REICHE, ELLEN BRENNAN |
| Date | 12/4/2020 |
| Case # | mj20-764 |
| Item type? | Passport or identification |
| Item | U.S. Passport |
| Quantity | 1 |
| Passport # | |
| Expiration Date | 7/22/2024 |
| Judgment Date | |
| Notice of Intent | |
| Order Release | |
| Returned to | |
| Return Date | |
| Picked up? | |
| Certified Mail # | |
| Comments/Events | |
| First Letter Index | R |
| Audit | |
| Received by Mag Team? | Yes |
| Fugitive? | No |
| Receipt Number | |
| Label | |
| Barcode | |
| 30 day notice | |
| Inventory date | |
| Inventoried by: | |
| Inventory Notes | |

Version: 2.0
Created at 12/4/2020 9:27 AM by Sherri Tye
Last modified at 12/8/2020 11:58 AM by Andy Quach