CHIEF JUDGE RICHARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR20-215-RSM |
| Plaintiff, | |
| vs. | ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE |
| ELLEN B. REICHE, | |
| Defendant. | |

THE COURT, having considered the unopposed motion to extend the deadline for pretrial motions, GRANTS the motion.

IT IS ORDERED that the due date for pretrial motions is extended from July 12, 2021 to July 26, 2021.

DONE this 7th day of July, 2021.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Ellen Reiche

ORDER TO EXTEND PRETRIAL
MOTIONS DEADLINE - 1
(*USA .v Reiche* / CR20-215-RSM)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**