Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ELLEN REICHE, <br><br> Defendant. | NO. CR20-215RSM <br><br> **ORDER EXTENDING TIME TO RESPOND TO MOTION** |

The COURT, having considered the government's unopposed motion, HEREBY grants the motion. The government's response is now due August 6, 2021, and the motion is re-noted for August 13, 2021.

DATED this 27th day of July, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
*s/ Thomas Woods*
THOMAS WOODS

ORDER EXTENDING TIME - 1
*United States v. Ellen Reiche*, CR20-215RSM

UNITED STATES ATTORNEY
700 STEWART STREET, STE. 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Assistant United States Attorney

ORDER EXTENDING TIME - 2
*United States v. Ellen Reiche*, CR20-215RSM

UNITED STATES ATTORNEY
700 STEWART STREET, STE. 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970