The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ELLEN BRENNAN REICHE,<br><br>Defendant. | NO. CR20-215 RSM<br><br>**GOVERNMENT'S WITNESS LIST** |

The United States of America, by and through Tessa M. Gorman, Acting United States Attorney for the Western District of Washington, and Philip Kopczynski and Sok Tea Jiang, Assistant United States Attorney for said District, respectfully submits this list of witnesses it may call to testify during its case-in-chief:

1. Cory Amundson, Burlington Northern Santa Fe ("BNSF") Railway
2. Chris Arian, BNSF Railway
3. Dane Chambers, Whatcom County Sheriff's Office
4. Magnus Gervol, Whatcom County Sheriff's Office
5. Levi Kauffman, Joint Terrorism Task Force ("JTTF")
6. Tyler Nies, BNSF Railway
7. Eric Shaffstall, BNSF Railway

*United States v. Reiche*, CR20-215 RSM
Government' Witness List - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

8. Lucas Shulman, JTTF
9. Austin Streubel, Whatcom County Sheriff's Office
10. Trevor Vanderveen, Whatcom County Sheriff's Office

The government reserves the right to supplement, or otherwise revise, this witness list to address issues and defenses raised by the defense.

DATED this 16th day of August, 2021.

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

 s/ Philip Kopczynski
PHILIP KOPCZYNSKI
SOK TEA JIANG
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-7970
philip.kopczynski@usdoj.gov
sok.jiang@usdoj.gov

*United States v. Reiche*, CR20-215 RSM
Government' Witness List - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970