The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELLEN BRENNAN REICHE,<br><br>Defendant. | NO. CR 20-215 RSM<br><br>**GOVERNMENT'S PROPOSED JURY VERDICT FORM** |

WE, THE JURY, unanimously find the following:

As to the charge of Violence Against Railroad Carriers, as charged in Count One, the defendant, ELLEN BRENNAN REICHE, is:

GUILTY _____          NOT GUILTY _____

*United States v. Reiche*, CR 20-215 RSM - 1
Government's Proposed Jury Verdict Form

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

If finding the defendant guilty of Count One, we unanimously agree that the defendant:

_____ Committed Violence Against Railroad Carriers

_____ Attempted to Commit Violence Against Railroad Carriers

_____ Conspired to Commit Violence Against Railroad Carriers

**Foreperson sign and date the completed verdict form.**

DATED: September \_\_\_\_, 2021

_____
FOREPERSON

*United States v. Reiche*, CR 20-215 RSM - 2
Government's Proposed Jury Verdict Form

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970