CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) No. CR20-215-RSM |
|---|---|
| Plaintiff, | ) |
| v. | ) DEFENDANT'S EXHIBIT LIST |
| ELLEN BRENNAN REICHE, | ) |
| Defendant. | ) |

The defendant, Ellen Reiche, through his attorneys, Assistant Federal Public Defender Jesse Cantor and Assistant Federal Public Defender Christopher Sanders, respectfully submits the following exhibit list in advance of trial scheduled for September 7, 2021.

| No. | Description | Date Admitted | Comments |
|---|---|---|---|
| A-1 | Scene photo | | |
| A-2 | Scene photo | | |
| A-3 | Scene photo | | |
| A-4 | Scene photo | | |
| A-5 | Scene photo | | |
| A-6 | Scene photo | | |
| A-7 | Scene photo | | |
| A-8 | Scene photo | | |
| A-9 | Scene video | | |

DEFENDANT'S EXHIBIT LIST
(*USA v. Reiche* / CR21-215-RSM) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

| | | | |
|---|---|---|---|
| A-10 | Google map of Marine & Cliffside Dr. | | |
| A-11 | Google map of Marine & Cliffside Dr. | | |
| A-12 | Google map of Marine & Cliffside Dr. | | |
| A-13 | Game camera photo | | |
| A-14 | Game camera photo | | |
| A-15 | Game camera photo | | |

DATED this 26th day of August, 2021.

Respectfully submitted,

s/ *Jesse Cantor*
Assistant Federal Public Defender

s/ *Christopher Sanders*
Assistant Federal Public Defender
Attorneys for Ellen Brennan Reiche

DEFENDANT'S EXHIBIT LIST
(*USA v. Reiche* / CR21-215-RSM) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**