CHIEF JUDGE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR20-215-RSM |
| Plaintiff, | |
| v. | |
| ELLEN BRENNAN REICHE, | DEFENDANT'S FIRST AMENDED EXHIBIT LIST |
| Defendant. | |

The defendant, Ellen Reiche, through his attorneys, Assistant Federal Public Defender Jesse Cantor and Assistant Federal Public Defender Christopher Sanders, respectfully submits the following exhibit list in advance of trial scheduled for September 7, 2021.

| No. | Description | Date Admitted | Comments |
|---|---|---|---|
| A-1 | Scene photo | | |
| A-2 | Scene photo | | |
| A-3 | Scene photo | | |
| A-4 | Scene photo | | |
| A-5 | Scene photo | | |
| A-6 | Scene photo | | |
| A-7 | Scene photo | | |
| A-8 | Scene photo | | |
| A-9 | Scene video | | |

DEFENDANT'S FIRST
AMENDED EXHIBIT LIST
(*USA v. Reiche* / CR21-215-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

| | | | |
|---|---|---|---|
| A-10 | Google map of Marine & Cliffside Dr. | | |
| A-11 | Google map of Marine & Cliffside Dr. | | |
| A-12 | Google map of Marine & Cliffside Dr. | | |
| A-13 | Game camera photo | | |
| A-14 | Game camera photo | | |
| A-15 | Game camera photo | | |
| A-16 | Demonstrative Exhibit | | |

DATED this 3rd day of September, 2021.

Respectfully submitted,

s/ *Jesse Cantor*
Assistant Federal Public Defender

s/ *Christopher Sanders*
Assistant Federal Public Defender
Attorneys for Ellen Brennan Reiche

DEFENDANT'S FIRST
AMENDED EXHIBIT LIST
(*USA v. Reiche* / CR21-215-RSM) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**