UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ELLEN BRENNAN REICHE,

    Defendant.

Case No. CR20-215RSM

ORDER

The Court hereby directs the Clerk of Court to pay for lunch to be provided to the 13-member jury in the above entitled action.

Dated this 8th day of September, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE