```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
 8                            AT SEATTLE
 9
10  UNITED STATES OF AMERICA,        Case No. CR20-215RSM
11              Plaintiff,
12         v.                         **VERDICT FORM**
13  ELLEN BRENNAN REICHE,
14
                Defendant.
15
```

WE, THE JURY, have unanimously reached the following verdict:

As to the charge of Violence Against Railroad Carriers, as charged in Count One, the Defendant, ELLEN BRENNAN REICHE, is:

GUILTY ___✓___ NOT GUILTY _____

If finding the Defendant guilty of Count One, we unanimously agree that the Defendant:

Committed Violence Against Railroad Carriers
Yes ___✓___ No _____

Attempted to Commit Violence Against Railroad Carriers
Yes ___✓___ No _____

Conspired to Commit Violence Against Railroad Carriers

Yes ___✓___ No _____

DATED this ___9___ day of September, 2021.


PRESIDING JUROR