The Honorable Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELLEN REICHE<br><br>Defendants. | NO. CR20-215 RAM<br><br>JOINT CERTIFICATION OF COUNCEL RE: ADMITTED TRIAL EXHIBIT |

The United States of America, by and through Tessa M. Gorman, Acting United States Attorney for the Western District of Washington, and Philip Kopczynski and Sok Tea Jiang, Assistant United States Attorneys, and Jesse Cantor, and Christopher Sanders, Counsel for Defendant, hereby files the admitted trial exhibits.

Pursuant to General Order No. 01-18 "Exhibits Retention Procedures," within seven days of a verdict, the admitted trial exhibits shall be filed through the Court's electronic filing system (CM/ECF) along with a Joint Certification of Counsel.

At the close of the trial counsel for all parties conferred with the in-court deputy and confirmed the list of admitted exhibits and reviewed the exhibits to be provided to the trier of fact in the matter. The exhibits filed here are those same exhibits.

Joint Certification of Counsel - 1
*US v Ellen Reiche, CR20-215 RSM*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Therefore, the undersigned submits that the admitted trial exhibits[1] as listed on Court's Exhibit List (Dkt. No. 69) and hereby filed via CM/ECF event "Admitted Exhibits" are true and correct copies of the documents reviewed by the trier of fact in this matter.

Dated this 13th day of September, 2021.

TESSA M. GORMAN
Acting United States Attorney

*/s/ Philip Kopczynski*
PHILIP KOPCZYNSKI
SOK TEA JIANG
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-7970
E-mail: Philip.Kopczynski@usdoj.gov

*/s/ Jesse Cantor* (Via Email)
JESSE CANTOR
CHRISTOPHER SANDERS
Counsel for Defendant
1601 5th Ave, Suite 700
Westlake Center Office Tower
Seattle, Washington 98101
Phone: 206-553-1100
E-mail: Jesse_Cantor@fd.org

---

[1] Audio and video bulk exhibits will not be filed via CM/ECF, but an electronic copy will be maintained by the United States. Other bulk exhibits, such as tools and wires, will be maintained by their respective law enforcement agency.

Joint Certification of Counsel - 2
*US v Ellen Reiche, CR20-215 RSM*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970