

# LSMP Lookup



**GET MY LSMP**

Information is NOT PTC Compliant unless a Trimble R1 unit is used for GPS accuracy

**Select Track:** 1

Single Main / N/A

**Subdiv:  BELLINGHAM**

**LS:  50**

**MP:  100.319**

USA-000881

*Evidence Tag:52-1435 Report:2091004150*

United States v. Reiche
CR20-215 RSM
Plaintiff's Exhibit No. 12
Admitted_____

12-11



*Evidence Tag:52-1435 Report:2091004150*



*Evidence Tag:52-1435 Report:2091004150*

USA-000882

12–12



*Evidence Tag:52-1435 Report:2091004150*



*Evidence Tag:52-1435 Report:2091004150*

USA-000883

12-13



*Evidence Tag:52-1435 Report:2091004150*

USA-000884

12-14



*Evidence Tag:52-1435 Report:2091004150*

USA-000885

12–15



*Evidence Tag:52-1435 Report:2091004150*



*Evidence Tag:52-1435 Report:2091004150*

USA-000886

12–16



*Evidence Tag:52-1435 Report:2091004150*



*Evidence Tag:52-1435 Report:2091004150*

17

USA-000887

12-17



*Evidence Tag:52-1435 Report:2091004150*



*Evidence Tag:52-1435 Report:2091004150*

USA-000888

12-18



*Evidence Tag:52-1435 Report:2091004150*



*Evidence Tag:52-1435 Report:2091004150*

USA-000889

12–19



*Evidence Tag:52-1435 Report:2091004150*



*Evidence Tag:52-1435 Report:2091004150*

USA-000890

12–20



*Evidence Tag:52-1435 Report:2091004150*



*Evidence Tag:52-1435 Report:2091004150*

USA-000891

12-21



USA-000892

12-22



USA-00000918

United States v. Reiche
CR20-215 RSM
Plaintiff's Exhibit No. 24
Admitted_____



USA-00000931

United States v. Reiche
CR20-215 RSM
Plaintiff's Exhibit No. 26
Admitted_____

26-03



USA-00000932

26-04

USA-00000936



26-08



USA-00000945

USA-00000953



USA-00000955



USA-00000958



USA-00000959



USA-00000960



USA-0000963





USA-00001024

United States v. Reiche
CR20-215 RSM
Plaintiff's Exhibit No. 32
Admitted_____

**Google** Maps   48°46'43.7"N 122°32'24.4"W



Map data ©2021   500 ft

USA-00001034

United States v. Reiche
CR20-215 RSM
Plaintiff's Exhibit No. 33
Admitted_____



## 48°46'43.7"N 122°32'24.4"W

48.778806, -122.540111


**Directions**


Save


Nearby


Send to your phone


Share

 Marietta-Alderwood, WA

 QFH5+GX Marietta-Alderwood, Washington

USA-00001035

Google Maps  48°46'43.7"N 122°32'24.4"W



Imagery ©2021 Maxar Technologies, U.S. Geological Survey, Map data ©2021    50 ft

USA-00001036

United States v. Reiche
CR20-215 RSM
Plaintiff's Exhibit No. 34
Admitted_____



## 48°46'43.7"N 122°32'24.4"W

48.778806, -122.540111


Directions


Save


Nearby


Send to your phone


Share

 Marietta-Alderwood, WA

 QFH5+GX Marietta-Alderwood, Washington

USA-00001037