



U.S. v. Ellen Reiche
Defendant's Exhibit # A-2
CR20-215RSM
Admitted: _____   Defense_000002



U.S. v. Ellen Reiche
Defendant's Exhibit # A-3
CR20-215RSM
Admitted: _____

Defense_000003



U.S. v. Ellen Reiche
Defendant's Exhibit # A-4
CR20-215RSM
Admitted: _____

Defense_000004





U.S. v. Ellen Reiche
Defendant's Exhibit # A-6
CR20-215RSM
Admitted:_____

Defense_000006



U.S. v. Ellen Reiche
Defendant's Exhibit # A-7
CR20-215RSM
Admitted:_____

Defense_000007



**U.S. v. Ellen Reiche**
**Defendant's Exhibit # A-8**
**CR20-215RSM**
**Admitted:**_____    **Defense_000008**

Placeholder

Defense Discovery_000009

MP4 File size 92,058 KB

U.S. v. Ellen Reiche
Defendant's Exhibit # A-9
CR20-215RSM
Admitted:_____

Defense_000009



U.S. v. Ellen Reiche
Defendant's Exhibit # A-10
CR20-215RSM
Admitted:_____

Defense_000010

Marine Dr & Cliffside Dr



Imagery ©2021 Google, Imagery ©2021 Maxar Technologies, U.S. Geological Survey, USDA Farm Service Agency, Map data ©2021   100 ft

U.S. v. Ellen Reiche
Defendant's Exhibit # A-11
CR20-215RSM
Admitted:_____

Defense_000011

Marine Dr & Cliffside Dr



Imagery ©2021 Google, Imagery ©2021 Maxar Technologies, U.S. Geological Survey, Map data ©2021   50 ft

U.S. v. Ellen Reiche
Defendant's Exhibit # A-12
CR20-215RSM
Admitted:_____

Defense_000012