CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ELLEN BRENNAN REICHE, ) <br> ) <br> Defendant. ) | No. CR20-215-RSM <br><br> ORDER GRANTING THE DEFENDANT'S MOTION FOR EXTENSION OF REPORTING DATE |

THE COURT has considered Ms. Reiche's motion for extension of the reporting date and the records and files herein.

The Court GRANTS the motion and IT IS THEREFORE ORDERED that Ms. Reiche's date to self-report to the Bureau of Prisons shall be set no earlier than April 1, 2022, with the current appearance bond conditions remaining in place.

DONE this 3rd day of January, 2022.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT
JUDGE

Presented by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Ellen Reiche

ORDER FOR EXTENSION OF REPORTING DATE
(*USA v. Reiche* / CR20-215-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100