JUDGE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>ELLEN BRENNAN REICHE,<br><br>　　　　　Defendant. | No. CR20-215-RSM<br><br>ORDER TERMINATING<br>SUPERVISED RELEASE |

This matter having come before the Court on the Defendant's Motion for Termination of Supervised Release, and the Court having reviewed the motion, and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that termination of Ms. Reiche's supervised release is warranted by the conduct of Ms. Reiche and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Ms. Reiche shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

///

///

///

ORDER TERMINATING
SUPERVISED RELEASE
(*U.S. v. Reiche,* CR20-215-RSM)   - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

IT IS SO ORDERED.

DONE this 16th day of April, 2024.

                                                                                                                      _____
                                                                 RICARDO S. MARTINEZ
                                                                 UNITED STATES DISTRICT JUDGE

Submitted by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Ellen Reiche

ORDER TERMINATING
SUPERVISED RELEASE
(*U.S. v. Reiche,* CR20-215-RSM) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**